# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEREMY BANEY, | : | No. 43 MAP 2019 |
| | : | |
| Appellant | : | |
| | : | Notice of Appeal from the Order of the |
| | : | Commonwealth Court dated |
| v. | : | April 3, 2019 at No. 752 MD 2018 |
| | : | |
| | : | |
| MIKE FISHER, MICHAEL T. MADEIRA, | : | |
| KEVIN BARR, CHRISTOPHER | : | |
| SCHMIDT, AND JOSH SHAPIRO OF | : | |
| THE PA. ATTORNEY GENERAL'S | : | |
| OFFICE, RUSS BURCHER OF THE PA. | : | |
| STATE POLICE, | : | |
| | : | |
| Appellees | | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of August, 2019, the Notice of Appeal is quashed. The challenged order of the Commonwealth Court is interlocutory and not appealable as of right. *See* Pa.R.A.P. 341(b) (definition of a final order); 311 (Interlocutory Appeals as of Right). Nor does the order constitute a collateral order. *See* Pa.R.A.P. 313; *In re Barnes Foundation,* 871 A.2d 792, 794 (Pa. 2005).